IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOLE G. ELKIN, | ) |
| Plaintiff, | ) Case No. 3:13-0110 |
| | ) Chief Judge Haynes |
| v. | ) |
| JOHN M. McHUGH, Secretary of the Army, | ) |
| Defendant. | ) |

# O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss or in the alternative for summary judgment (Docket Entry No. 16) is **GRANTED** and this action is **DISMISSED without prejudice** to the merits as the Defendant was not Plaintiff's employer for the purposes of Plaintiff's claims under Title VII of the Civil Rights Act, as amended, 42 U.S.C. § 2000e et seq.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___7th___ day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court